34 So.2d 704

**Willie ASH v. STATE.**

**6 Div. 713.**

Supreme Court of Alabama.

April 8, 1948.

Jack H. McGuire and Jas W. Strudwick, both of Tuscaloosa, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Willie Ash for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Ash v. State, Ala.App., 34 So.2d 700.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.